[No. 39986-1-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY P. CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02250-7, Laura C. Inveen, J., entered August 26, 1996. *Dismissed* by unpublished per curiam opinion.

[Nos. 40001-1-I; 40027-1-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA ANN GWERDER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY F. McCOY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-1-03632-0, Nicole MacInnes, J., entered December 31, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Cox, JJ.

[No. 40019-3-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. LOUIS J. STRUTTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-05951-5, Carol A. Schapira, J., entered December 18, 1996. *Reversed* by unpublished opinion per Webster, J., concurred in by Grosse and Cox, JJ.

[No. 40057-6-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE PALMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04983-9, William L. Downing, J., entered December 23, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, A.C.J., and Ellington, J.